UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Victor Druziako
Law Office of Victor Druziako, P.C.
1841 W. Landis Avenue
Vineland, NJ 08360
(856) 692-7474
VD-3263

Attorney for Debtors, Ledaro Stokes and Carmen L. Stokes,

Order Filed on February 22,
2017 by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Debtors, Ledaro Stokes and Carmen L. Stokes,

| | |
|---|---|
| Case No.: | 17-12533 |
| Chapter: | 13 |
| Judge: | JNP |

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: February 22, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the application of _____Debtors_____ for the reduction of time for a hearing on Motion to Extend Stay _____

_____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on March 7, 2017 at 10 am in the United States Bankruptcy Court, 400 Cooper Street, Camden, NJ 08101, Courtroom No. 4C.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: trustee, all creditors

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*