Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−12533−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Ledaro Stokes                                           Carmen L Stokes
   324 Reeves Road                                   fka Carmen L. Matos
   Bridgeton, NJ 08302                            324 Reeves Road
                                                              Bridgeton, NJ 08302

Social Security No.:
   xxx−xx−2614                                              xxx−xx−4545

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                 4/5/17
Time:               09:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: February 22, 2017
JAN: def

                                                                      Jeanne Naughton
                                                                      Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-12533-JNP
Ledaro Stokes                                                       Chapter 13
Carmen L Stokes
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Feb 22, 2017
                              Form ID: 132             Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2017.
```
db/jdb         +Ledaro Stokes,    Carmen L Stokes,    324 Reeves Road,    Bridgeton, NJ 08302-7218
cr              Bay Atlantic Federal Credit Union,    McKenna, DuPont, Higgins & Stone, PC,    PO Box 610,
                 Red Bank, NJ  07701-0610
lm              PNC Bank,    PO Box 1820,    Dayton, OH  45401-1820
516636902       Accounts Receivable Management,Inc.,    POB 129,    Thorofare, NJ 08086-0129
516636939      ++C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
               (address filed with court: T-Mobile,    POB 742596,    Cincinnati, Ohio 45274-2596)
516636916       CSS & S,    120 Park Ave.,    Scotch Plains, NJ 07076
516636906       Capital Bank/Best Buy/HSBC,    POB 2983,    Milwaukee, Wisconsin 53201-2983
516636907       Capital One Bank (USA), N.A.,    POB 71083,    Charlotte, North Carolina 28272-1083
516636908       Capital One Bank (USA), N.A./HSBC,    POB 71083,    Charlotte, North Carolina 28272-1083
516636910      +Chase Card,    POB 15298,    Wilmington, Delaware 19850-5298
516636911       Citi Bank,    POB 6403,    Sioux Falls, South Dakota 57117-6403
516636912       Citi Bank/Home Depot,    POB 6403,    South Dakota, 57117-6403
516636913       Citi Bank/Sears,    POB 6403,    South Dakota, 57117-6403
516636914      +Comenity Bank/Fashion Bug,    POB 182273,    Columbus, Ohio 43218-2273
516636915      +Comenity Capital Bank/Bosco's,    POB 182120,    Columbus, Ohio 43218-2120
516636917      +DSNB/Macy's,    POB 8113,    Mason, Ohio 45040-8113
516636918       Elmer Emergency Physicians,    Attn: Accts Receivable Mgmt,    155 Mid Atlantic Parkway,
                 Thorofare, New Jersey 08086
516636920      +FG&G,    7 Banta Place,    Hackensack, NJ 07601-5604
516636921      +HH&L,    2 Industrial Way West,    Eatontown, NJ 07724-2265
516636922      +LD&V, P.C,    POB 1269,    Mt. Laurel, NJ 08054-7269
516636925      +M,W&C, P.C.    216 Haddon Ave.,    Suite 201,    Westmount, New Jersey 08108-2818
516636926      +Midland Funding,    2365 Northside Drive, #300,    San Diego, CA 92108-2709
516636927      +NN&Z,    425 Eagle Rock Ave.,    Roseland, NJ 07068-1717
516636928       PNC Mortgage,    POB 1820,    Dayton, Ohio 45401-1820
516636930       Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516636931      +RCS/CVF Consumer Acquisition,    15 S. Main Street,    Greensville, SC 29601-2743
516636932      +S.J. Emergency Physicians,    65 S. State Street,    Vineland, New Jersey 08360-4849
516636933      +Schachter Portnoy,    3490 US Highway 1,    Princeton, NJ 08540-5920
516636938       TD/Target Card Services,    POB 661070,    Dallas, Texas 75266-0170
516636940      +Wells Fargo Bank,    POB 14517,    Des Moines, Iowa 50306-3517
516636941      +Wells Fargo Bank/The Avenue,    POB 14517,    Des Moines, Iowa 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 22 2017 23:55:37     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 22 2017 23:55:35     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516636903      +E-mail/Text: ebn@ltdfin.com Feb 22 2017 23:55:23     Advantage Assets II, LLC,
                 7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2134
516636904      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 22 2017 23:55:31     Asset Acceptance,
                 POB 1630,    Warren, MI 48090-1630
516636905      +E-mail/Text: lrichard@bayatlanticfcu.org Feb 22 2017 23:55:39
                 Bay Atlantic Federal Credit Union,    101 W. Elmer Road,    Vineland, New Jersey 08360-6312
516636909       E-mail/Text: bankruptcy@cavps.com Feb 22 2017 23:55:53     Cavalry Portfolio Services,
                 POB 27288,    Tempe, AZ 85285
516636919      +E-mail/Text: bknotice@erccollections.com Feb 22 2017 23:55:42     Enhanced Recovery Company,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
516636924      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 22 2017 23:52:15     LVNV Funding,
                 POB 10497,    Greensville, SC 29603-0497
516636923      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 22 2017 23:52:35     LVNV Funding,
                 POB 10497,    Greensville, South Carolina 29603-0497
516636929      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 23 2017 00:12:08
                 Portfolio Recovery Services,    120 Corporate Blvd.,    Norfolk, VA 23502-4952
516636936      +E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2017 23:52:07     SYNCB/Dick's Sporting Goods,
                 POB 965005,    Orlando, Florida 32896-5005
516636937      +E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2017 23:52:07     SYNCB/Lowes,    POB 965005,
                 Orlando, Florida 32896-5005
516636935       E-mail/Text: appebnmailbox@sprint.com Feb 22 2017 23:55:34     Sprint,    POB 105243,
                 Atlanta, Georgia 30348-5243
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516636934       Security Credit Services, LLC,    2623 W. Oxford Loop,    Oxford, Mississippi38655
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Certificate of Notice    Page 3 of 3

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Feb 22, 2017
                              Form ID: 132             Total Noticed: 44
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2017 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Loss Mitigation    PNC Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Michael R. DuPont    on behalf of Creditor    Bay Atlantic Federal Credit Union
           dupont@redbanklaw.com, dana@redbanklaw.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
          Victor  Druziako    on behalf of Joint Debtor Carmen L Stokes bkdruziako@aol.com
          Victor  Druziako    on behalf of Debtor Ledaro  Stokes bkdruziako@aol.com
                                                                                             TOTAL: 7
```