Last revised 8/1/15

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
Ledaro Stokes and Carmen L. Stokes

Case No.: _____17-12533_____

Judge: _____JNP_____

Chapter: 13

Debtor(s)

## Chapter 13 Plan and Motions

☒ Original    ☐ Modified/Notice Required    ☒ Discharge Sought

☐ Motions Included    ☐ Modified/No Notice Required    ☐ No Discharge Sought

Date: _____2/21/2017_____

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor.  This document is the actual Plan proposed by the Debtor to adjust debts.  You should read these papers carefully and discuss them with your attorney.  Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice.  **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

| Part 1: | Payment and Length of Plan |
|---|---|

a. The debtor shall pay $ ____150.00____ per ____month____ to the Chapter 13 Trustee, starting on ____March 1, 2017____ for approximately ____60____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒  Future earnings

☐  Other sources of funding (describe source, amount and date when funds are available):

1

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☒ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____5/21/17_____

d. ☒ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2:    Adequate Protection

a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____2,095.00_____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____PNC Mortgage_____ (creditor).

## Part 3:    Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Isabel C. Balboa, Trustee | Trustee Commissions | As allowed |
| Victor Druziako, Esq. | Attorney Fees | $2,500.00 |

## Part 4:    Secured Claims

**a. Curing Default and Maintaining Payments**
The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

2

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**b. Modification**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**c. Surrender**

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

    **d. Secured Claims Unaffected by the Plan**

       The following secured claims are unaffected by the Plan:

    **e. Secured Claims to be Paid in Full Through the Plan**:

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5: Unsecured Claims

    **a. Not separately classified** allowed non-priority unsecured claims shall be paid:

      ☐ Not less than $ _____ to be distributed *pro rata*

      ☐ Not less than _____ percent

      ☒ *Pro Rata* distribution from any remaining funds

    **b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis For Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

## Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
|  |  |  |

**Part 7:    Motions**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

b. **Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
|  |  |  |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
|  |  |  |  |

**Part 8:    Other Plan Provisions**

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) Trustee commissions
2) Attorney Fees and other priority claims
3) All other allowed claims
4) _____

**d. Post-Petition Claims**

The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
|  |  |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☐ No

| **Part 10:** | **Sign Here** |
|---|---|

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

Date: 02/21/2017                                              /s/ Victor Druziako
                                                              Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: 02/21/2017                                              /s/ Ledaro Stokes
                                                              Debtor

Date: 02/21/2017                                              /s/ Carmen L. Stokes
                                                              Joint Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-12533-JNP
Ledaro Stokes                                                   Chapter 13
Carmen L Stokes
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Feb 22, 2017
                              Form ID: pdf901          Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2017.
```
db/jdb         +Ledaro Stokes,    Carmen L Stokes,    324 Reeves Road,    Bridgeton, NJ 08302-7218
cr              Bay Atlantic Federal Credit Union,    McKenna, DuPont, Higgins & Stone, PC,    PO Box 610,
                 Red Bank, NJ 07701-0610
lm              PNC Bank,    PO Box 1820,    Dayton, OH 45401-1820
516636902       Accounts Receivable Management,Inc.,    POB 129,    Thorofare, NJ 08086-0129
516636939      ++C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
                (address filed with court: T-Mobile,    POB 742596,    Cincinnati, Ohio 45274-2596)
516636916       CSS & S,    120 Park Ave.,    Scotch Plains, NJ 07076
516636906       Capital Bank/Best Buy/HSBC,    POB 2983,    Milwaukee, Wisconsin 53201-2983
516636907       Capital One Bank (USA), N.A.,    POB 71083,    Charlotte, North Carolina 28272-1083
516636908       Capital One Bank (USA), N.A./HSBC,    POB 71083,    Charlotte, North Carolina 28272-1083
516636910      +Chase Card,    POB 15298,    Wilmington, Delaware 19850-5298
516636911       Citi Bank,    POB 6403,    Sioux Falls, South Dakota 57117-6403
516636912       Citi Bank/Home Depot,    POB 6403,    South Dakota, 57117-6403
516636913       Citi Bank/Sears,    POB 6403,    South Dakota, 57117-6403
516636914      +Comenity Bank/Fashion Bug,    POB 182273,    Columbus, Ohio 43218-2273
516636915      +Comenity Capital Bank/Bosco's,    POB 182120,    Columbus, Ohio 43218-2120
516636917      +DSNB/Macy's,    POB 8113,    Mason, Ohio 45040-8113
516636918       Elmer Emergency Physicians,    Attn: Accts Receivable Mgmt,    155 Mid Atlantic Parkway,
                 Thorofare, New Jersey 08086
516636920      +FG&G,    7 Banta Place,    Hackensack, NJ 07601-5604
516636921      +HH&L,    2 Industrial Way West,    Eatontown, NJ 07724-2265
516636922      +LD&V, P.C,    POB 1269,    Mt. Laurel, NJ 08054-7269
516636925      +M,W&C, P.C,    216 Haddon Ave.,    Suite 201,    Westmount, New Jersey 08108-2818
516636926      +Midland Funding,    2365 Northside Drive, #300,    San Diego, CA 92108-2709
516636927      +NN&Z,    425 Eagle Rock Ave.,    Roseland, NJ 07068-1717
516636928       PNC Mortgage,    POB 1820,    Dayton, Ohio 45401-1820
516636930       Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516636931      +RCS/CVF Consumer Acquisition,    15 S. Main Street,    Greensville, SC 29601-2743
516636932      +S.J. Emergency Physicians,    65 S. State Street,    Vineland, New Jersey 08360-4849
516636933      +Schachter Portnoy,    3490 US Highway 1,    Princeton, NJ 08540-5920
516636938       TD/Target Card Services,    POB 661070,    Dallas, Texas 75266-0170
516636940      +Wells Fargo Bank,    POB 14517,    Des Moines, Iowa 50306-3517
516636941      +Wells Fargo Bank/The Avenue,    POB 14517,    Des Moines, Iowa 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 22 2017 23:55:37     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 22 2017 23:55:35     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516636903      +E-mail/Text: ebn@ltdfin.com Feb 22 2017 23:55:23     Advantage Assets II, LLC,
                 7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2134
516636904      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 22 2017 23:55:31     Asset Acceptance,
                 POB 1630,    Warren, MI 48090-1630
516636905      +E-mail/Text: lrichard@bayatlanticfcu.org Feb 22 2017 23:55:38
                 Bay Atlantic Federal Credit Union,    101 W. Elmer Road,    Vineland, New Jersey 08360-6312
516636909       E-mail/Text: bankruptcy@cavps.com Feb 22 2017 23:55:53     Cavalry Portfolio Services,
                 POB 27288,    Tempe, AZ 85285
516636919      +E-mail/Text: bknotice@erccollections.com Feb 22 2017 23:55:42     Enhanced Recovery Company,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
516636924      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 22 2017 23:52:15     LVNV Funding,
                 POB 10497,    Greensville, SC 29603-0497
516636923      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 22 2017 23:52:15     LVNV Funding,
                 POB 10497,    Greensville, South Carolina 29603-0497
516636929      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 22 2017 23:58:25
                 Portfolio Recovery Services,    120 Corporate Blvd.,    Norfolk, VA 23502-4952
516636936      +E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2017 23:52:06     SYNCB/Dick's Sporting Goods,
                 POB 965005,    Orlando, Florida 32896-5005
516636937      +E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2017 23:52:06     SYNCB/Lowes,    POB 965005,
                 Orlando, Florida 32896-5005
516636935       E-mail/Text: appebnmailbox@sprint.com Feb 22 2017 23:55:32     Sprint,    POB 105243,
                 Atlanta, Georgia 30348-5243
                                                                                              TOTAL: 13

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516636934       Security Credit Services, LLC,    2623 W. Oxford Loop,    Oxford, Mississippi38655
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1          User: admin                Page 2 of 2                  Date Rcvd: Feb 22, 2017
                              Form ID: pdf901            Total Noticed: 44
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2017 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Michael R. DuPont    on behalf of Creditor    Bay Atlantic Federal Credit Union
           dupont@redbanklaw.com, dana@redbanklaw.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
          Victor   Druziako    on behalf of Joint Debtor Carmen L Stokes bkdruziako@aol.com
          Victor   Druziako    on behalf of Debtor Ledaro  Stokes bkdruziako@aol.com
                                                                                             TOTAL: 6
```