UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on March 7, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re: Ledaro Stokes & Carmen Stokes

Case Number: 17-12533 JNP

Judge: Jerrold N. Poslusny, Jr

# ORDER FOR EXTENSION OF AUTOMATIC STAY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: March 7, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Ledaro & Carmen Stokes
Case No.: 17-12533 JNP
Caption of Order: ORDER FOR EXTENSION OF AUTOMATIC STAY

**THIS MATTER**, being opened to the Court by Ledaro & Carmen Stokes, by and through counsel, Victor Druziako, Esquire, and the Court having considered the papers submitted herein, and for good cause having shown for making and entry hereof it is hereby;

**ORDERED** that the Automatic Stay be and hereby is extended in the instant case as against all creditors as to property of the estate for the duration of this Chapter 13 case or until further order of the Court.