**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

**Order Filed on March 7, 2017 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

In Re: Ledaro Stokes & Carmen Stokes

Case Number: 17-12533 JNP

Judge: Jerrold N. Poslusny, Jr

# ORDER FOR EXTENSION OF AUTOMATIC STAY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: March 7, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Ledaro & Carmen Stokes
Case No.: 17-12533 JNP
Caption of Order: ORDER FOR EXTENSION OF AUTOMATIC STAY

**THIS MATTER**, being opened to the Court by Ledaro & Carmen Stokes, by and through counsel, Victor Druziako, Esquire, and the Court having considered the papers submitted herein, and for good cause having shown for making and entry hereof it is hereby;

**ORDERED** that the Automatic Stay be and hereby is extended in the instant case as against all creditors as to property of the estate for the duration of this Chapter 13 case or until further order of the Court.

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-12533-JNP
Ledaro Stokes                                                   Chapter 13
Carmen L Stokes
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin            Page 1 of 1            Date Rcvd: Mar 07, 2017
                               Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2017.
db/jdb          +Ledaro Stokes,   Carmen L Stokes,   324 Reeves Road,   Bridgeton, NJ 08302-7218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Loss Mitigation    PNC Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Michael R. DuPont    on behalf of Creditor    Bay Atlantic Federal Credit Union
           dupont@redbanklaw.com,   dana@redbanklaw.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
          Victor   Druziako    on behalf of Debtor Ledaro   Stokes bkdruziako@aol.com
          Victor   Druziako    on behalf of Joint Debtor Carmen L Stokes bkdruziako@aol.com
                                                                                               TOTAL: 8