UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Victor Druziako, Esq.
Law Office of Victor Druziako, P.C.
1841 W. Landis Ave.
Vineland, NJ 08360
(856)692-7474
Counsel for Debtors, Ledaro Stokes and Carmen L. Stokes
VD-3263

In Re:

Debtors, Ledaro Stokes and Carmen L. Stokes

**Order Filed on March 8, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-12533

Chapter: 13

Judge: JNP

## LOSS MITIGATION ORDER

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 8, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

☑ A Notice of Request For Loss Mitigation was filed by the debtor on _____2/21/17_____ .

☐ A Notice of Request For Loss Mitigation was filed by the creditor, _____ on _____ .

☐ The court raised the issue of Loss Mitigation, and the parties having had notice and an opportunity to object, and the Court having reviewed any objections thereto, it is hereby

☑ ORDERED that the parties listed below are directed to participate in Loss Mitigation and are bound by the court's *Loss Mitigation Program and Procedures* (LMP), and it is further

ORDERED that:

- Contact persons must be designated by all parties within 14 days from the entry of this order.

- Requests for information, if any, must be submitted to the opposing party, and counsel, within 14 days from the entry of this order.

- Responses to requests for information must be provided to the party and counsel making the request, within 21 days from receipt of the request.

- Within 60 days from the entry of this order, the debtor must file with the court and serve upon all interested parties the Local Form, Loss Mitigation Status Report.

- The Loss Mitigation process shall terminate on _____6/6/2017_____ ( 90 days from the date of the entry of this order), unless extended as set forth in Section IX.B. of the Loss Mitigation Program and Procedures.

- The debtor must make adequate protection payments to the creditor during the Loss Mitigation Period in the amount set forth in the Notice and Request For Loss Mitigation. See Sections V.A.1 and VII.B. of the LMP.

- If a relief from stay motion pursuant to section 362(d) is pending upon entry of this Order or if such a motion is filed during the loss mitigation period, the court may condition the stay upon compliance by the debtor with the fulfillment of the debtor's obligations under the Loss Mitigation Order. If the debtor fails to comply with the loss mitigation process and this Order, the creditor may apply to terminate the Order as specified in Section IX.C of the LMP and to obtain relief from the stay.

Debtor: ___Ledaro Stokes and Carmen L. Stokes_____
Creditor: ___PNC Bank_____
Creditor: _____

☐ ORDERED that the Request for Loss Mitigation filed on _____ is denied.

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-12533-JNP
Ledaro Stokes                                                         Chapter 13
Carmen L Stokes
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Mar 08, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2017.
db/jdb         +Ledaro Stokes,   Carmen L Stokes,   324 Reeves Road,   Bridgeton, NJ 08302-7218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Loss Mitigation    PNC Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Michael R. DuPont    on behalf of Creditor    Bay Atlantic Federal Credit Union
           dupont@redbanklaw.com,   dana@redbanklaw.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
          Victor  Druziako    on behalf of Debtor Ledaro   Stokes bkdruziako@aol.com
          Victor  Druziako    on behalf of Joint Debtor Carmen L Stokes bkdruziako@aol.com
                                                                                             TOTAL: 8