UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Victor Druziako, Esq.
Law Office of Victor Druziako, P.C.
1841 W. Landis Ave.
Vineland, NJ 08360
(856)692-7474
Counsel for Debtors, Ledaro Stokes and Carmen L. Stokes;
VD-3263

In Re:

Debtors, Ledaro Stokes and Carmen L. Stokes

Order Filed on August 21, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-12533

Chapter: 13

Judge: JNP

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 21, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation filed by _____Debtors_____, on _____3/08/2017_____, and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtors_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____09/04/2017_____ .

The Loss Mitigation Period is terminated, effective _____ .

*new.8/1/11*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-12533-JNP
Ledaro Stokes                                                         Chapter 13
Carmen L Stokes
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin            Page 1 of 1        Date Rcvd: Aug 21, 2017
                       Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2017.
db/jdb         +Ledaro Stokes,   Carmen L Stokes,   324 Reeves Road,   Bridgeton, NJ 08302-7218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2017 at the address(es) listed below:
     Brian C. Nicholas    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
      bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
     Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     Denise E. Carlon    on behalf of Loss Mitigation    PNC Bank dcarlon@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
     Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
      summarymail@standingtrustee.com
     Michael R. DuPont    on behalf of Creditor    Bay Atlantic Federal Credit Union
      dupont@redbanklaw.com,   dana@redbanklaw.com
     U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
     Victor  Druziako    on behalf of Debtor Ledaro  Stokes bkdruziako@aol.com
     Victor  Druziako    on behalf of Joint Debtor Carmen L Stokes bkdruziako@aol.com
                                                                                                                                                                            TOTAL: 9