Case 17-12533-JNP    Doc 39-1    Filed 09/20/17    Entered 09/22/17 10:48:55    Desc
Proposed Order    Page 1 of 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Victor Druziako, Esq.
Law Office of Victor Druziako, P.C.
1841 W. Landis Ave.
Vineland, NJ 08360
856-692-7474
VD-3263
Counsel for Debtors, Ledaro Stokes and Carmen L. Stokes

Order Filed on September 22, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:
Debtors, Ledaro Stokes and Carmen L. Stokes

Case No.: 17-12533

Adv. No.:

Hearing Date:

Judge: JNP

## ORDER APPROVING LOAN MODIFICATION

The relief set forth on the following pages, numbered two (2) through two (2) is

hereby **ORDERED**.

**DATED: September 22, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon consideration of Movant's Motion to Approve Loan Modification:

ORDERED, that the Movant's Motion to Approve Loan Modification is hereby

GRANTED; and it is further

ORDERED, that approval and recording (if applicable) of the loan modification shall in no way constitute a violation of the automatic stay.

ORDERED, that if the pre-petition arrears are capitalized into the loan modification, secured creditor shall amend and file its Proof of Claim within thirty (30) days of the date of this Order to reflect zero pre-petition arrears . Upon receipt of an Amended Proof of Claim, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

ORDERED, that the debtors shall file a Modified Plan and Amended Schedule J within ten (10) days of the entry of the within order.

ORDERED, that the Chapter 13 Trustee shall suspend disbursement to secured creditor pending amendment of its proof of claim, and all money that would otherwise be paid to the secured creditor be held until the claim is amended or the Trustee is notified by the secured creditor that the modification was not consummated, whichever shall first occur.

ORDERED, that in the event the modification is not consummated the secured creditor shall notify the Trustee and the Debtors' attorney of same. Any money that was held by the Trustee pending completion of the modification shall then be paid to the secured creditor.