**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ledaro Stokes | Social Security number or ITIN  xxx–xx–2614 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Carmen L Stokes | Social Security number or ITIN  xxx–xx–4545 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   17–12533–JNP

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ledaro Stokes

Carmen L Stokes
fka Carmen L. Matos

5/10/22

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Ledaro Stokes  
Carmen L Stokes  
    Debtors

Case No. 17-12533-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3  
Date Rcvd: May 10, 2022     Form ID: 3180W     Total Noticed: 48

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ledaro Stokes, Carmen L Stokes, 324 Reeves Road, Bridgeton, NJ 08302-7218 |
| cr | | Bay Atlantic Federal Credit Union, McKenna, DuPont, Higgins & Stone, PC, PO Box 610, Red Bank, NJ 07701-0610 |
| 516636902 | | Accounts Receivable Management,Inc., POB 129, Thorofare, NJ 08086-0129 |
| 516636916 | | CSS & S, 120 Park Ave., Scotch Plains, NJ 07076 |
| 516636906 | | Capital Bank/Best Buy/HSBC, POB 2983, Milwaukee, Wisconsin 53201-2983 |
| 516636918 | | Elmer Emergency Physicians, Attn: Accts Receivable Mgmt, 155 Mid Atlantic Parkway, Thorofare, New Jersey 08086 |
| 516636920 | + | FG&G, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 516636921 | + | HH&L, 2 Industrial Way West, Eatontown, NJ 07724-2265 |
| 516636922 | + | LD&V, P.C, POB 1269, Mt. Laurel, NJ 08054-7269 |
| 516636925 | + | M,W&C, P.C, 216 Haddon Ave., Suite 201, Westmount, New Jersey 08108-2818 |
| 516636927 | + | NN&Z, 425 Eagle Rock Ave., Roseland, NJ 07068-1717 |
| 516871067 | + | PNC Mortgage, a division of PNC Bank, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 516704273 | + | PORTFOLIO RECOVERY ASSOCIATES LLC, Craner Satkin Scheer Schwartz & Hanna PC, 320 Park Avenue, PO Box 367, Scotch Plains, NJ 07076-0367 |
| 516636931 | + | RCS/CVF Consumer Acquisition, 15 S. Main Street, Greensville, SC 29601-2743 |
| 516636932 | + | S.J. Emergency Physicians, 65 S. State Street, Vineland, New Jersey 08360-4849 |
| 516636938 | + | TD/Target Card Services, POB 661070, Dallas, Texas 75266-1070 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 10 2022 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 10 2022 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | Email/Text: Bankruptcy.Notices@pnc.com | May 10 2022 20:37:00 | PNC Bank, PO Box 1820, Dayton, OH 45401-1820 |
| 516636903 | + | EDI: LTDFINANCIAL.COM | May 11 2022 00:38:00 | Advantage Assets II, LLC, 7322 Southwest Freeway, Suite 1600, Houston, TX 77074-2134 |
| 516636904 | + | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | May 10 2022 20:38:00 | Asset Acceptance, POB 1630, Warren, MI 48090-1630 |
| 516636905 | + | Email/Text: lrichard@bayatlanticfcu.org | May 10 2022 20:38:00 | Bay Atlantic Federal Credit Union, 101 W. Elmer Road, Vineland, New Jersey 08360-6312 |
| 516658501 | | Email/Text: laura@redbanklaw.com | May 10 2022 20:37:00 | Bay Atlantic Federal Credit Union, C/O McKenna, DuPont, Higgins & Stone, PC, PO Box 610, Red Bank, NJ 07701-0610 |
| 516636909 | | Email/Text: bankruptcy@cavps.com | May 10 2022 20:38:00 | Cavalry Portfolio Services, POB 27288, Tempe, AZ 85285 |
| 516636907 | | EDI: CAPITALONE.COM | May 11 2022 00:38:00 | Capital One Bank (USA), N.A., POB 71083, Charlotte, North Carolina 28272-1083 |

Case 17-12533-JNP    Doc 60    Filed 05/12/22    Entered 05/13/22 00:11:39    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 10, 2022 | Form ID: 3180W | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| 516636908 | | EDI: CAPITALONE.COM | May 11 2022 00:38:00 | Capital One Bank (USA), N.A./HSBC, POB 71083, Charlotte, North Carolina 28272-1083 |
| 516636911 | | EDI: CITICORP.COM | May 11 2022 00:38:00 | Citi Bank, POB 6403, Sioux Falls, South Dakota 57117-6403 |
| 516636912 | | EDI: CITICORP.COM | May 11 2022 00:38:00 | Citi Bank/Home Depot, POB 6403, South Dakota, 57117-6403 |
| 516636913 | | EDI: CITICORP.COM | May 11 2022 00:38:00 | Citi Bank/Sears, POB 6403, South Dakota, 57117-6403 |
| 516636914 | + | EDI: WFNNB.COM | May 11 2022 00:38:00 | Comenity Bank/Fashion Bug, POB 182273, Columbus, Ohio 43218-2273 |
| 516636915 | + | EDI: WFNNB.COM | May 11 2022 00:38:00 | Comenity Capital Bank/Bosco's, POB 182120, Columbus, Ohio 43218-2120 |
| 516636917 | + | EDI: CITICORP.COM | May 11 2022 00:38:00 | DSNB/Macy's, POB 8113, Mason, Ohio 45040 |
| 516636919 | | Email/Text: bknotice@ercbpo.com | May 10 2022 20:38:00 | Enhanced Recovery Company, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 516636910 | | EDI: JPMORGANCHASE | May 11 2022 00:38:00 | Chase Card, POB 15298, Wilmington, Delaware 19850 |
| 516636923 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 10 2022 20:45:34 | LVNV Funding, POB 10497, Greensville, South Carolina 29603-0497 |
| 516636924 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 10 2022 20:45:28 | LVNV Funding, POB 10497, Greensville, SC 29603-0497 |
| 516748755 | | Email/PDF: resurgentbknotifications@resurgent.com | May 10 2022 20:45:29 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516636926 | + | Email/Text: bankruptcydpt@mcmcg.com | May 10 2022 20:38:00 | Midland Funding, 2365 Northside Drive, #300, San Diego, CA 92108-2710 |
| 516636928 | | Email/Text: Bankruptcy.Notices@pnc.com | May 10 2022 20:37:00 | PNC Mortgage, POB 1820, Dayton, Ohio 45401-1820 |
| 516636933 | | Email/Text: bk-notification@sps-law.com | May 10 2022 20:37:00 | Schachter Portnoy, 3490 US Highway 1, Princeton, NJ 08540 |
| 516636930 | | Email/Text: signed.order@pfwattorneys.com | May 10 2022 20:37:00 | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 516636929 | + | EDI: PRA.COM | May 11 2022 00:38:00 | Portfolio Recovery Services, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 516636935 | | EDI: AISSPRINT | May 11 2022 00:38:00 | Sprint, POB 105243, Atlanta, Georgia 30348-5243 |
| 516636936 | + | EDI: RMSC.COM | May 11 2022 00:38:00 | SYNCB/Dick's Sporting Goods, POB 965005, Orlando, Florida 32896-5005 |
| 516636937 | + | EDI: RMSC.COM | May 11 2022 00:38:00 | SYNCB/Lowes, POB 965005, Orlando, Florida 32896-5005 |
| 516636939 | | EDI: AISTMBL.COM | May 11 2022 00:38:00 | T-Mobile, POB 742596, Cincinnati, Ohio 45274-2596 |
| 516636940 | + | EDI: WFFC.COM | May 11 2022 00:38:00 | Wells Fargo Bank, POB 14517, Des Moines, Iowa 50306-3517 |
| 516636941 | + | EDI: WFFC.COM | May 11 2022 00:38:00 | Wells Fargo Bank/The Avenue, POB 14517, Des Moines, Iowa 50306-3517 |

TOTAL: 32

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 10, 2022 | Form ID: 3180W | Total Noticed: 48 |

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516636934 | | Security Credit Services, LLC, 2623 W. Oxford Loop, Oxford, Mississippi 38655 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Loss Mitigation PNC Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Michael R. DuPont | on behalf of Creditor Bay Atlantic Federal Credit Union dupont@redbanklaw.com lori@redbanklaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Victor Druziako | on behalf of Joint Debtor Carmen L Stokes bkdruziako@aol.com |
| Victor Druziako | on behalf of Debtor Ledaro Stokes bkdruziako@aol.com |

TOTAL: 10