Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                      Case No.: 17–12533–JNP
                      Chapter: 13
                      Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ledaro Stokes | Carmen L Stokes |
| 324 Reeves Road | fka Carmen L. Matos |
| Bridgeton, NJ 08302 | 324 Reeves Road |
| | Bridgeton, NJ 08302 |

Social Security No.:
  xxx–xx–2614                                        xxx–xx–4545

Employer's Tax I.D. No.:

---

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 14, 2022</u>                 <u>Jerrold N. Poslusny Jr.</u>
                                                  Judge, United States Bankruptcy Court